No. 943, Misc. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General, Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 945, Misc. MOORE, ALIAS PHILLIPS, v. HOLMAN, WARDEN. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 963, Misc. KANE v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 996, Misc. SHIPLEY v. OREGON. Supreme Court of Oregon. Certiorari denied. *Jonathan U. Newman* for petitioner. *George Van Hoomissen* for respondent.

No. 1043, Misc. PRICE v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 1069, Misc. McBRIDE v. ALASKA. Supreme Court of Alaska. Certiorari denied.

No. 1076, Misc. DONNELL v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 1092, Misc. POWERS v. NEW YORK. Court of Appeals of New York. Certiorari denied.